| **AGF&J** Abrams, Gorelick, Friedman & Jacobson, LLP<br>Attorneys At Law | One Battery Park Plaza<br>4th Floor<br>New York, NY 10004 | Phone: 212-422-1200<br>Fax: 212-968-7573<br>www.agfjlaw.com |
|---|---|---|

July 16, 2013

Via ECF
MAGISTRATE JUDGE A. KATHLEEN TOMLINSON
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  Re: **Zucker v. Gelfand, et al.**
    **CV 13-2674 (JS) (AKT)**
    **Our File No.: 14269**

Dear Magistrate Judge Tomlinson:

  My office represents defendants Mark E. Gelfand, Doshi Diagnostic Imaging Services, P.C. ("Doshi") and Signet Diagnostic Imaging N. Florida ("Signet") in the above-referenced matter.

  Pursuant to Your Honor's instructions at the parties' initial conference, which was held on July 15, 2013, I am writing to confirm that litigation hold letters have been issued to Mr. Gelfand, Doshi and Signet and they have acknowledged receipt of same.

  Thank you.

            Respectfully yours,
            ABRAMS, GORELICK, FRIEDMAN
            & JACOBSON, LLP.

            BY: *Shari Sckolnick*
               Shari Sckolnick, Esq.

cc: VIA ECF:
   ROBERT L. ARLEO, ESQ.
   Attorney for Plaintiff
   380 Lexington Avenue, 17th FL.
   New York, New York 10168
   (212) 551-1115