UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------x
KAYLA B. ZUCKER, an individual; on behalf
of herself and all others similarly situated,

                Plaintiff,

    vs.

PORTECK GLOBAL SERVICES, INC. a/k/a
PORTECK GLOBAL SERVICE, INC. a/k/a
ALL PURPOSE SERVICE, INC. d/b/a
PORTECK GLOBAL SERVICES,
and JOHN AND JANE DOES NUMBERS 1
THROUGH 50, BEING FICTITIOUS NAMES
OF UNIDENTIFIED PERSONS WHO
CONTROL THE POLICIES AND
PRACTICES INVOKED BY PORTECK
GLOBAL SERVIECS, INC. a/k/a PORTECK
GLOBAL SERVICE, INC. a/k/a
ALL PURPOSE SERVICE, INC. d/b/a
PORTECK GLOBAL SERVICES and
ARVIND WALIA,

                Defendants.
----------------------------------------x

CASE NO.   13-CV-2674 (JS)(AKT)

**NOTICE OF MOTION**

TO THE CLERK OF THE COURT:

    Please take notice that the Plaintiff named in the above-entitled action move this Court pursuant to Fed. R. Civ. P. 15(a)(2) for an Order granting to the Plaintiff leave to file a second Amended Complaint. The Plaintiff will rely upon all of the pleadings and proceeding which have occurred in the above-entitled action together with the Memorandum of Law submitted herewith.

DATED: September 2, 2014

   / s / *Robert L. Arleo*
ROBERT L. ARLEO, ESQ.
Attorney for the Plaintiff
380 Lexington Avenue, 17th Fl.
New York, New York  10168
 (212) 551-1115
 Email: r.arleo@verizon.net