MARK E. GELFAND, ESQ.
EXECUTIVE VICE-PRESIDENT AND GENERAL COUNSEL

06/17/13
PERSONAL AND CONFIDENTIAL

MAUREEN M MALONEY
5633 WANDERING TRAIL
JACKSONVILLE, FL  32219

RE: MAUREEN M MALONEY
PROVIDER: SIGNET DIAGNOSTIC IMAGING N. FLORIDA
ACCOUNT #: 238157
AMOUNT DUE: $27.18

Dear Patient,

Kindly be advised that I am an attorney and Executive Vice-President of the collection department for the above referenced radiological provider. Your above account with us is past due. Unless you, within twenty (20) days after receipt of this letter, dispute the validity of the above debt due, or any portion thereof, the debt will be assumed to be valid by the provider. AS SUCH, THIS IS AN ATTEMPT BY, AND IN THE NAME OF, THE ABOVE REFERENCED PROVIDER TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE (TO EFFECT COLLECTION OF THE DEBT).

Despite this demand, you have the right to dispute the provider's claim. However, unless you notify us, in writing, within twenty (20) days after receipt of this letter that the debt, or any portion thereof, is disputed we will obtain verification of the debt or a copy of the judgement against you, if any, and a copy of such verification will be mailed to you. Also, upon your written request within twenty (20) days, we will provide you with the name and address of the original provider if different from the current provider.

Please be reminded that your balance due can be paid by phone using Master Card, Visa, American Express or Discover. If paying by check, kindly make the check payable to: Signet Diagnostic Imaging and mail it to our corporate headquarters at the address listed below. If necessary, payment arrangements options are available. If you have any questions or problems, please contact one of our representatives at (904)425-5412 or visit www.signetdiagnostic.com. If payment has already been made, please disregard this letter and accept our thanks for the payment.

Sincerely,

Mark E. Gelfand, Esq.

560 South Broadway, Hicksville, NY 11801 (904)425-5412