

**MARK E. GELFAND**
**EXECUTIVE VICE PRESIDENT**

09/19/13

PERSONAL AND CONFIDENTIAL

MAUREEN MALONEY
5633 WANDERING TRAIL
JACKSONVILLE, FL 32219

RE: MAUREEN MALONEY
PROVIDER: SIGNET DIAGNOSTIC IMAGING SERVICES (NORTH FLORIDA), LLC
ACCOUNT #: 238157
AMOUNT DUE: 342.93

Dear Patient:

Kindly be advised that I am the Executive Vice President of the provider, Signet Diagnostic Imaging Services (North Florida), LLC. Your account with us is past due. Unless you, within thirty (30) days after receipt of this letter, dispute the validity of the above debt, or any portion thereof, the debt will be assumed to be valid by Signet Diagnostic Imaging Services (North Florida), LLC. AS SUCH, THIS IS AN ATTEMPT BY, AND IN THE NAME OF, SIGNET DIAGNOSTIC IMAGING SERVICES (NORTH FLORIDA), LLC TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE (TO EFFECT COLLECTION OF THE DEBT).

Despite this demand, you have the right to dispute this claim. If you notify us in writing, within thirty (30) days after receipt of this letter that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of the judgement against you and a copy of such verification or judgement will be mailed to you. Also, upon your written request, within the aforementioned thirty (30) day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

Please be reminded that your balance due can be paid by phone using Master Card, Visa, American Express, or Discover. If paying by check, kindly make the check payable to: Signet Diagnostic Imaging Services (North Florida), LLC and mail it to the address listed below. If necessary, payment arrangement options are available. If you have any questions or problems, please contact one of our representatives at 904-426-8412 or visit www.signetdiagnostic.com.

If payment has already been made, please disregard this letter and accept our thanks for the payment.

Sincerely,

Mark E. Gelfand
Executive Vice President

Signet Diagnostic Imaging Services (North Florida), LLC
PO Box 30002
New York, NY 10087-0002