**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------x
KAYLA B. ZUCKER,

                        Plaintiff,

      vs.

PORTECK GLOBAL SERVICES, INC. a/k/a
PORTECK GLOBAL SERVICE, INC. a/k/a
ALL PURPOSE SERVICE, INC. d/b/a
PORTECK GLOBAL SERVICES,
and JOHN AND JANE DOES NUMBERS 1
THROUGH 50, BEING FICTITIOUS NAMES
OF UNIDENTIFIED PERSONS WHO
CONTROL THE POLICIES AND
PRACTICES INVOKED BY PORTECK
GLOBAL SERVIECS, INC. a/k/a PORTECK
GLOBAL SERVICE, INC. a/k/a
ALL PURPOSE SERVICE, INC. d/b/a
PORTECK GLOBAL SERVICES and
ARVIND WALIA,

                        Defendants.
------------------------------------x

CASE NO.   13-CV-2674 (JS)(AKT)

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED by and between the parties appearing in the above-entitled action, as no party named herein is an infant or an incompetent person and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, KAYLA ZUCKER, with prejudice as to said Plaintiff, without prejudice to the putative class defined in the Amended Complaint, and without costs and/or attorneys fees as to any party named herein.

DATED: New York, New York
   October 26, 2015

                By: *Robert L. Arleo*
                  ROBERT L. ARLEO, ESQ.
                  380 Lexington Avenue, 17th Fl.
                  New York, New York 10168
                  Attorney for the Plaintiff
                  Phone: (212) 551-1115
                  Fax: (518) 751-1801
                  Email: robertarleo@gmail.com

DATED: Hewlett, New York        By: *Michael Markowitz*
   October 26, 2015           Michael Markowitz, Esq.
                  Michael Markowitz, P.C.
                  1553 Broadway
                  Hewlett, New York 11557
                  Phone: (516) 295-9061
                  Fax: (516) 740-2880
                  Email: attorney@mampc.net

SO ORDERED:

_____
JOANNA SEYBERT
SENIOR UNITED STATES
DISTRICT COURT JUDGE